IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
NORTHEASTERN DIVISION

97 JAN 23 AM 10:01
U.S. DISTRICT COURT
N.D. OF ALABAMA

DONALD RAY LAWRENCE, )
)
Plaintiff, )
)
v. ) CIVIL ACTION NO. 96-S-2824-NE
)
GOVERNOR FOB JAMES, et al, )
)
Defendants. )

ENTERED
JAN 23 1997

MEMORANDUM OF OPINION

The plaintiff having paid the partial filing fee on the same day the order to dismiss on that ground was entered, that order of dismissal is due to be set aside.

Secondly, on December 13, 1996, the magistrate judge's report and recommendation was filed and the plaintiff was allowed fifteen (15) days to file objections to the recommendations made by the magistrate judge. No objections have been filed by the plaintiff.

After careful consideration of the record in this case, and the Magistrate Judge's Report and Recommendation, the court hereby adopts and approves the recommendation of the Magistrate Judge as the findings and conclusions of the court. In accord with the recommendation, this action is due to be dismissed as frivolous as to all defendants, except as to the claim that defendant Moore gave the plaintiff a disciplinary in retaliation for a letter that he had written to Warden Davis. An



appropriate order will be entered.

DONE and ORDERED this 23rd day of January, 1997.

C. LYNWOOD SMITH, JR.,
UNITED STATES DISTRICT JUDGE